# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| V. : | NO. 4:14-cr-45-01-HLM |
| : | |
| DAVID WILLIAM DENNY : | |

## ORDER REVOKING SUPERVISED RELEASE JUDGMENT AND COMMITMENT

Pursuant to the Order of Remand from the Eleventh Circuit Court of Appeals [36], on the 2ND day of August 2017, came the attorney for the government, and the defendant who appeared in person with counsel, Scott Forster, Esq. The Court vacates the previous Order Revoking Supervised Release [12], and resentences the defendant.

Previously, a United States Probation Officer of this Court had moved to revoke the supervised release heretofore imposed on the defendant the 14th day of August 2009, by the Honorable William J. Haynes, Jr. , United States District Judge, sitting in the United States District Court for the Middle District of Tennessee, Nashville Division. The case having been transferred to this Court on October 10, 2014.

1

Upon the defendant's admission to the allegations contained in the petition for revocation at the previous hearing, which remains in effect, the Court finds that defendant has violated the terms and the conditions of his supervised release; it is hereby

**ORDERED BY THE COURT** that the supervised release be, and the same is hereby **REVOKED**.

**IT IS ADJUDGED** that the defendant, having been found guilty of said offense, is hereby committed to the Bureau of Prisons for a term of Eighteen (18) months. The defendant will receive credit for time served from July 11, 2016. Upon the defendant's release from custody, the Court does not reimpose a term of supervised release.

The Clerk is directed to deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officers and that copy will serve as the commitment of the defendant.

**SO ORDERED**, this ____ day of August 2017.

_____
**HAROLD L. MURPHY**
**United States District Judge**